**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7399**

ANTHONY QUENTIN KELLY,

             Plaintiff – Appellant,

      v.

WARDEN  FRANK  B.  BISHOP,  JR.;  DEPARTMENT  OF  PUBLIC  SAFETY
AND CORRECTIONAL SERVICES,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland,  at  Baltimore.    Richard  D.  Bennett,  District  Judge.
(1:15-cv-03795-RDB)

Submitted:  February 17, 2017      Decided:  February 24, 2017

Before  TRAXLER  and  DUNCAN,  Circuit  Judges,  and  DAVIS,  Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony Quentin Kelly, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Quentin Kelly appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kelly v. Bishop, No. 1:15-cv-03795-RDB (D. Md. Sept. 27, 2016). We deny Kelly's motions to participate in oral argument, to reconsider, and to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED